

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

This appeal is currently set for formal submission and oral argument before this court on April 22, 2020, at 2:00 p.m., before a panel consisting of Justice Luz Elena Chapa, Justice Beth Watkins, and Justice Liza Rodriguez. In light of the current situation involving COVID-19, the court has reconsidered its' grant of oral argument in this appeal and has determined it is no longer feasible.

We therefore WITHDRAW the current oral argument submission date and ORDER the appeal set for formal submission "on briefs" on April 22, 2020 before the same panel. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

It is **ORDERED** on March 24, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz, Clerk of Court